IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**07 CV 6076**

**JUDGE CEDARBAUM**

-------------------------------------------------------x
BMG MUSIC d/b/a J RECORDS,

                Plaintiff,

       v.

J7 RECORDS, INC.,

                Defendant.
-------------------------------------------------------x

Case No. _____

**RULE 7.1 STATEMENT**

JUN 27 2007

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff BMG Music d/b/a J Records ("Plaintiff") certifies that Plaintiff is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded. SONY BMG MUSIC ENTERTAINMENT's ultimate parents are Bertlesmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Dated: New York, NY
         June 26, 2007

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    David Donahue (DD 5808)
    Nicholas Eisenman (NE 0213)

    866 United Nations Plaza
    New York, NY 10017
    Tel.: (212) 813-5900
    Fax: (212) 813-5901
    *Attorneys for Plaintiff*

{F0061920.4}