AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: 1) SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF HON. MIRIAM CEDARBAUM, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING

EFFECTED (1) BY ME: OUT OF STATE
TITLE: PROCESS SERVER    DATE: 7-31-07

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

J7 RECORDS, INC.

Place where served:

9947 East Grover dr Baton Rouge, LA 70809

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

John Doe

Relationship to defendant: Employee

Description of person accepting service:

SEX: M  AGE: 35  HEIGHT: 5'10"  WEIGHT: 178  SKIN: B  HAIR: Black  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

The person that took the papers refused to give his name —

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/1/2007    GERALD J HARPER
                  _Gerald Harp_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

2007072 7174/33

ATTORNEY: DAVID DONAHUE
PLAINTIFF: BMG MUSIC D/B/A J RECORDS
DEFENDANT: J7 RECORDS, INC.
VENUE: DISTRICT
DOCKET: 07 CV 6076

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR