UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BMG MUSIC d/b/a JAY RECORDS,

                Plaintiff,

      v.                                                                  Civil Action No. 07-cv-6076

J7 RECORDS, INC.,

                Defendant.

---

### DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

---

**To:**   David Donahue
        Fross Zelnick Lehrman & Zissu, P.C.
        866 United Nations Plaza
        New York, NY  10017

*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that, pursuant to this Court's individual rules, defendant, J7 Records, Inc., by and through its undersigned attorneys, Troutman Sanders, shall move before the Honorable Miriam Goldman Cedarbaum, U.S.D.J. at the United States District Court for the Southern District of New York, located at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on Thursday, <u>October 18, 2007</u> at <u>9:30am</u>, for the entry of an Order dismissing Plaintiff's Complaint for lack of personal jurisdiction, in accordance with Rule 12(b)(2) of the Federal Rules of Civil Procedure.

1

- 2 -

PLEASE TAKE FURTHER NOTICE that, in support of their motion, defendant J7 Records, Inc. shall rely upon the accompanying Memorandum of Law and Declaration of Tireka Cobb.

Respectfully submitted,

**TROUTMAN SANDERS LLP**

**Dated:** September 17, 2007
New York, New York

By: _____
Oren J. Warshavsky  (OW 9469)
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
Telephone: (212) 704.6213
Facsimile: (212) 704-8356
e-mail: Oren.Warshavsky@troutmansanders.com

*Attorneys for Defendant*
*J7 Records, Inc.*