UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

BMG MUSIC d/b/a JAY RECORDS,

    Plaintiff,

v.

J7 RECORDS, INC.,

    Defendant.

Civil Action No. 07-cv-6076

STATE OF NEW YORK    )
                      cc:
COUNTY OF NEW YORK  )

Sarah Harris-Finkel being duly sworn, deposes and says:

On October 12, 2007, in accordance with Local Civil Rule 5.2 of the United States District Court for the Southern District Court of New York, I served upon all E-Mail Addresses of Record in this electronically-filed action **Defendant's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction, Memorandum of Law in Support of Defendant's Motion to Dismiss and Declaration of Tireka Cobb in Support of Defendant's Motion to Dismiss** by simultaneously transmitting them by e-mail to the addresses of record posted on the electronic filing system for this case.

Sworn to before me this /2 day
of October, 2007

_____
Notary Public

_____
Sarah Harris-Finkel

ISIDORE ZIMERMAN
Notary Public, State of New York
No. 4505754
Qualified in Rockland County
Certificate Filed In New York County
Commission Expires July 31, 20__