David Donahue (DD 5808)
Nicholas Eisenman (NE 0213)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
(212) 813-5900 (phone)
(212) 813-5901 (fax)
*Attorneys for Plaintiff BMG Music d/b/a J Records*

Oren J. Warshavsky (OW 9469)
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6213 (phone)
(212) 704-8356 (fax)
*Attorneys for Defendant J7 Records, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07
```

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BMG MUSIC d/b/a J RECORDS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>J7 RECORDS, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 07 Civ. 6076 (MGC)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: SCHEDULING**<br>**CONFERENCE AND DEFENDANT'S**<br>**MOTION TO DISMISS** |

　　　Plaintiff BMG Music d/b/a J Records ("Plaintiff") and Defendant J7 Records, Inc. ("Defendant"), by and through their attorneys of record, hereby stipulate as follows:

　　　WHEREAS, by Order dated August 9, 2007, this Court set an initial Case Management and Scheduling Conference (the "Conference") for October 18, 2007, at 11:15 a.m.;

　　　WHEREAS, on October 12, 2007 Defendant filed a Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion to Dismiss") and set forth a hearing date of November 8, 2007, at 9:30 a.m.;

WHEREAS, the parties are engaged in settlement discussions and wish to avoid the cost and burden of litigating the case while they attempt to resolve the matter amicably;

WHEREAS counsel for the parties are amenable to an adjournment of the Conference and the Motion; and

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The Motion to Dismiss is hereby reset for November 29, 2007, at 9:30 a.m., or as soon thereafter as is practical for the Court.

2. The Conference is hereby reset for November 29, 2007, at 11:15 a.m., or as soon thereafter as is practical for the Court.

| | |
|---|---|
| Dated: New York, New York<br>October 15, 2007 | Respectfully submitted, |
| FROSS ZELNICK LEHRMAN & ZISSU, P.C.<br><br>_____<br>David Donahue (DD 5808)<br>Nicholas Eisenman (NE 0213)<br><br>866 United Nations Plaza<br>New York, New York 10017<br>Phone: (212) 813-5900<br><br>*Attorneys for Plaintiff* | TROUTMAN SANDERS, LLP<br><br>_____<br>Oren J. Warshavsky (OW 9469)<br><br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>Phone: (212) 704-6213<br><br>*Attorneys for Defendant* |

s/

SO ORDERED:

_____
JJS
October 16, 2007

2

{F0117240.1}