# Exhibit A

# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

RONALD J. LEHRMAN
STEPHEN BIGGER
ROGER L. ZISSU
MARIE V. DRISCOLL
RICHARD Z. LEHV
DAVID W. EHRLICH
SUSAN UPTON DOUGLASS
JANET L. HOFFMAN
PETER J. SILVERMAN
LAWRENCE ELI APOLZON
BARBARA A. SOLOMON
MARIO AIETA
MARK D. ENGELMANN
NADINE H. JACOBSON
ANDREW N. FREDBECK
CRAIG S. MENDE
J. ALLISON STRICKLAND
JOHN P. MARGIOTTA
LYDIA T. GOBENA
CARLOS CUCURELLA
JAMES D. WEINBERGER
DAVID DONAHUE

866 UNITED NATIONS PLAZA
AT FIRST AVENUE & 48TH STREET
NEW YORK, N.Y. 10017

TELEPHONE: (212) 813-5900
FACSIMILE: (212) 813-5901
E-MAIL: fzlz@frosszelnick.com

MICHAEL J. DAVIS
 SPECIAL COUNSEL

JAMES D. SILBERSTEIN
JOYCE M. FERRARO
MICHELLE P. FOXMAN
ROBERT A. BECKER
MICHAEL CHIAPPETTA
EVAN GOURVITZ
TAMAR NIV BESSINGER
DIANE MARCOVICI PLAUT
 COUNSEL

NANCY C. DICONZA
NANCY E. SABARRA
LAURA POPP-ROSENBERG
CARA A. BOYLE
CHARLES T.J. WEIGELL III
MARILYN J. NELLY
CHRISTOPHER M. KINDEL
CAROLINE C. BOEHM
VANESSA HWANG LUI
DOROTHY C. ALEVIZATOS
AIMEE M. ALLEN
BETSY C. JUDELSON
NICHOLAS H. EISENMAN
KATE HAZELRIG
TODD MARTIN

December 17, 2007

**BY HAND DELIVERY**

Honorable Miriam Goldman Cedarbaum
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1330
New York, New York 10007

 Re: Joint Status Letter – *BMG Music d/b/a J Records v. J7 Records, Inc.*, No. 07 Civ. 6076 (MGC)

Dear Judge Cedarbaum:

 Pursuant to your Honor's instructions at the November 29, 2007 Rule 16 Conference, the undersigned counsel for the parties submit this joint letter to advise the Court concerning the status of this matter.

 After the Rule 16 Conference, the parties exchanged settlement offers. We regret to inform the Court, however, that the parties' respective offers were very far apart and did not result in a settlement. Plaintiff invited Defendant to participate in mediation, but Defendant is not interested in appearing before a neutral or otherwise engaging in mediation.

 The parties believe it is unlikely that they will reach a settlement before such time as the Court addresses and decides Defendant's pending motion to dismiss for lack of personal jurisdiction or, in the alternative, to transfer the case to Louisiana (the "Pending Motion"). Defendant believes it is not subject to jurisdiction here and that even if it were subject to jurisdiction, Louisiana would be a more convenient and favorable forum for Defendant. Accordingly, Defendant is not inclined to participate in litigation or mediation in New York. Plaintiff, on the other hand, contends that Defendant is subject to jurisdiction here and that deference should be given to Plaintiff's choice of forum given that its J RECORDS music label is headquartered here and because it believes that Defendant's J7 RECORDS sound recordings are available for purchase and download in this district.

{F0174438.1}

Honorable Miriam Goldman Cedarbaum
December 17, 2007
Page 2

     In view of the foregoing, the parties jointly request that the Court schedule a conference for purposes of (i) considering Plaintiff's request for jurisdictional discovery of Defendant, which Defendant opposes, and (ii) setting forth a schedule for the hearing and remaining briefing on Defendant's Pending Motion.

     Respectfully submitted,

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

_____
David Donahue (DD 5808)
Nicholas Eisenman (NE 0213)

866 United Nations Plaza
New York, New York 10017
Phone: (212) 813-5900

*Attorneys for Plaintiff*

TROUTMAN SANDERS, LLP

_____
Oren J. Warshavsky (OW 9469)

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Phone: (212) 704-6213

*Attorneys for Defendant*

{F0174438.1}