# Exhibit B

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the Matter of Application Serial No. 77/093107
Mark: J7 RECORDS
Published in the *Official Gazette* on August 28, 2007

BMG Music,

                Opposer,

    v.                                          Opposition No.: 91181408

J7 Records, Inc.,

                Applicant.

BOX TTAB
NO FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

## AFFIDAVIT OF VERIFICATION

**STATE OF LOUISIANA**
**PARISH OF EAST BATON ROUGE**

**BEFORE ME**, the undersigned Notary Public, duly commissioned and qualified in this State and Parish, personally appeared:

### TIREKA COBB

who, after being by me duly sworn, said that she has read the above captioned Rule to Show Cause, and all of the allegations of fact contained therein are true and correct, to the best of her knowledge, information and belief.

Further, prior to August 2000:

1.) Jireh 7 RECORDS was used interchangeably with J7 RECORDS in the promotion of the "Love Call" CD by R. J. Thomas, a J7 RECORDS artist, which was played on KNXX in Donaldsonville and WPFC in Baton Rouge.

2.) Each time the record was played, the mark J7 or Jireh 7 RECORDS was mentioned to promote the record label in connection with the sale of the "Love Call" album.

3.) Further, CD's from the same album were sold at a church in Florida, and the J7 RECORDS mark was mentioned during, before and when soliciting a CD sale. The album was promoted by promoter, Brian Carlin.

_____
TIREKA COBB

**SWORN TO AND SUBSCRIBED**, before me this 14th day of March, 2008.

_____
NOTARY PUBLIC