Case 1:07-cv-06076-MGC    Document 15-2    Filed 04/02/2008    Page 1 of 16

# Exhibit A













J7 TraxWorld: Volume I

The Royale Suite
This Week with The Lady

"My words will put things in motion
My actions will back my words– LR"

PHOTO GALLERY

Home   Company   Events   Royale   Production   Store   Discography

Spoken Word ...
If I think just in my mind-then only I can hear
But if I speak out loud, only then will it draw others' ears
With my words I chose to move mountains
With my mouth I want only to taste of that everlasting fountain

Don't just listen to what I say with your ears
But let them write themselves upon your heart
Let them possess your soul to begin something new
Let it make you look to create a new and better you
Let it start--
Start to heal and plant new seeds
Seeds to heal the scars that your wilderness has lead you to believe

What are scars?
They are only symbols that what ever hurt us is over
It no longer hinders my day ahead, for I am restored
I say to you--
Hold not your tongue, for it is our means of communication
Don't be scared to let go and scream
As long as that sound expresses the passion of your heart's DREAM!

THE LADY

© 2006-2007 J7 Records, Inc. All Rights Reserved

















