# Exhibit B











http://www.j7records.com/Lady%20Royale%20Press%20Release.htm



10:39:09 AM 11/13/2007





http://www.j7records.com/Company.htm



**TraxWorld: Volume I**

**THE LADY**
The New Sound of the South

Company  Events  Royale  Production  Store  Discography

Lady Royale's Album TraxWorld Volume I featuring Mike Jones, Lil KeKe, T-trax, and Bruce-Bang

## About Us

J7 Records is located in the heart of the South, Baton Rouge, Louisiana. Established in 2000, the vision of the company centers on using Creativity to move the masses, inspiring music lovers of various ages, cultures and nationalities with what they want ... good entertainment. Rhythm and Blues, Hip-Hop, Rap, and Pop are the music genres of artists on the label. Production is handled by T-trax of T-trax Productions. We aim to be a catalyst in the evolution of the music cycle. Music is the driving force of the ages, creating legends and defining cultures. Creativity is the heart of this movement. Lady Royale is the forerunner, a legend in the making! For more information, contact us at info@j7records.com

## Debut Album

TraxWorld Volume I is the heavily anticipated album of Lady Royale due to be released nationally in Spring 2007. The album features platinum recording artist, Mike Jones, the Don of the South himself, Lil Keke, T-trax, an Bruce-Bang. Miss Laweszyana herself a.k.a. Lady Royale is spitting that street poetry, better known as rap, letting everyone know that R&B is only a portion of her skills--her Hip-Hop side can not be denied.

Lady Royale will be touring the nation promoting the album in late Spring 2007. The tour will include radio stations, in-stores, and personal appearances along with her regular concert schedule.

**Miss Laweszyana**

© 2006-2007 J7 Records, Inc. All Rights Reserved

10:42:07 AM 11/13/2007









