# Exhibit C

New Site
Coming Soon