# Exhibit D

Lady Royale's Image Gallery :: Mozes                                                                 Page 1 of 1





Lady Royale's Image Gallery  Subscribe to image feed                                                 Back

Do you want to send a camera photo from your phone to Lady Royale?
Send the photo from your mobile phone to ladyroyale@mozes.com.



Sent from: J7 Records
Sent October 20th, 2007
at 7:51 PM



Sent from: J7 Records
Sent October 14th, 2007
at 8:10 AM

About Us | Jobs | Press | Advertisers | Developers | Privacy Policy | Terms of Service                ©2007 Mozes, Inc. All rights reserve

Baton Rouge's J7 Records Presents The Debut Album Release 'TraxWorld Vol. 1' Introducing Lady Royale To The Forefront! ...    Page 1 of 6



40 charts, 21244 songs and 8948 artists in 375174 chart entries, 36794 news articles and 10923 lyrics
Jadakiss Signs With Roc-A-Fella/ Ru...  ▼ go   Rate our site 1 2 3 4 5 (best)   Submit News   Rouge   search

| home | charts ▽ | news ▽ | songs ▽ | artists ▽ | biographies ▽ | features ▽ | forums ▽ | comments ▽ | Not logged in: Login or Register(FREE) |

Ads by Google    Top 40 Charts    Country Music Charts    Top Country Songs    Bon Jovi H...    Baton Rouge Arena

*News*

*RnB* (2007-04-12)
## Baton Rouge's J7 Records Presents The Debut Album Release 'TraxWorld Vol. 1' Introducing Lady Royale To The Forefront!

Baton Rouge, LA. (Top40 Charts/ J7 Records) - Located in the heart of the South, J7 Records presents the highly anticipated release of 'Trax World: Volume 1' featuring the exciting debut of Lady Royale. Its' premiere flagship R&B/Hip-hop artist. Established in 2000, J7 Records centers on using creativity to move the masses, inspiring music lovers of various ages, cultures and nationalities...in a nutshell...good entertainment. This brand new release is destined to put Baton Rouge on the map delivering stellar recording artists & production in the music genres of Rhythm and Blues, Hiphop, Rap, and Pop.

TraxWorld: Volume 1 is the heavily anticipated album of Lady Royale scheduled for national release in Spring 2007. Produced by T-trax of T-trax Productions, the album also features platinum recording artist, Mike Jones, the 'Don of the South' himself, Lil Keke, T-trax, and Lady Royale's alter-ego Miss Laweszeyana spitting that Street Poetry letting it be known that R&B is only a small portion of her skills --her Hiphop side cannot be denied.

Alternative
Charts / Awards
Classical
Country
Jazz
Latin
Metal / Hard Rock
Movies
MP3 and More
Music Industry
Oldies
Pop / Rock
Reviews
RnB
Rock
Tour Dates
Top40-Charts.com

**Related News**
- Acoustic Ladyland release new single and Launch new Website!

Baton Rouge's J7 Records Presents The Debut Album Release 'TraxWorld Vol. 1' Introducing Lady Royale To The Forefront! ...    Page 2 of 6

**Tour Dates 07 Concert Tix**
Tickets 2007 Concert-Tours Ticket Check Tour Date & Buy-Tickets!
Buy-Event-Ticket.com/07-Concerts

**Hannah Montana Tickets**
Hannah Montana Tickets on Sale Now. Secure Concert Ticket Marketplace.
www.HannahMontana.TicketsNow.com

**Hannah Montana Tickets**
Hannah Montana Tickets - Cheap. We Beat Everyone's Price.
www.TicketLiquidator.com

**Bon Jovi Tickets**
Great seats! No hidden service fees Order online or call 1-800-935-2515
www.Ticketmark.com

Ads by Google

- With 16 Grammy Awards Between Them, Christina Aguilera, Mary J. Blige and Toni Braxton Join 'Mr. Las Vegas' Wayne Newton and KA by Cirque du Soleil to Headline NBA All-Star 2007 Entertainment
- Music and film associations merge anti-piracy enforcement operations in Brazil
- Moulin Rouge wins Golden Globe for musical and Beautiful Mind wins drama prize!
- Duval County Artist Poloneius Pluck Brings Home BET's Spring Bling Freestyle Champ Title

A native of a little town called Opelousas, Louisiana, Lady Royale began singing at the age of three and has been honing her skills ever since. After her parents divorced, she and her mother moved to Baton Rouge and it is fate and destiny that has led her to current home of J7 Records. Known as the 'New Sound of the South', Lady Royale possesses a sexy unique and formidable vocal style with comparisons to R&B superstar Mary J. Blige and soul legend Aretha Franklin.

'Trax World Volume 1' is filled with a combination of dance tracks and ballads amidst passionate vocals and heavy-hitting raps. Lady Royale will be touring the nation promoting the album in late Spring 2007. The tour will include radio stations, in-stores, and many other personal appearances along with her regular concert schedule.

Producer Trax says, 'We aim to be a catalyst in the evolution of the music cycle. Music is the driving force of the ages thus creating legends and defining cultures. Creativity is the heart of this movement. Lady Royale is the forerunner of J7 Records, a legend in the making!'

- o Previous article: Legendary Singer Half Pint To Receive An Int'l Reggae & World Music Award (RnB)
- o Next article: Uprising Records Presents The Debut National Release Of 'Like A Thief In The Night' From Acclaimed Lyricist And HBO Def Poet, Amir Sulaiman (RnB)

Baton Rouge's J7 Records Presents The Debut Album Release 'TraxWorld Vol. 1' Introducing Lady Royale To The Forefront! ...    Page 3 of 6

You need to be registered and logged in order to leave comments.
login | register (FREE)

Amazon.com



Ed Sullivan's Rock 'n' R...
Rolling Stones, Th...
New $17.99
Best $8.86

Privacy Information



Mesmerising
Alex Cortiz
New $12.98
Best $8.47

© 2001-7 top40-charts.com
about | site map | contact | privacy

Page gen. in 0.020820 secs
9 queries 'n secs'

Baton Rouge's J7 Records Presents The Debut Album Release 'TraxWorld Vol. 1' Introducing Lady Royale To The Forefront! ...    Page 4 of 6



Baton Rouge's J7 Records Presents The Debut Album Release 'TraxWorld Vol. 1' Introducing Lady Royale To The Forefront! ...   Page 5 of 6



http://top40-charts.com/news.php?nid=31966&string=Rouge     11/20/2007

HipHop News » Lady Royale - 'Do You Like' ft Lil Keke Audio MP3 Download

Page 1 of 4



# Lady Royale - 'Do You Like' ft Lil Keke Audio MP3 Download

Posted 10/17/2007 by ozzie, [Tell a friend]

Meet the newest addition to OGPR's roster - Baton Rouge's Lady Royale - and her rapping alter ego Miss Laweszeyana.

Download 'Do you Like' ft Lil Keke

http://www.rapsearch.com/news/index.php?itemid=2209

11/20/2007

HipHop News » Lady Royale - 'Do You Like' ft Lil Keke Audio MP3 Download

Page 2 of 4

Like many great R&B vocalists, Lady Royale grew up singing in church - something she has done since the age of three. That, coupled with the fact that she is niece to famous New Orleans Blues singer Ernie Kador, means that music is in her blood. It is what she has alway wanted to do.

The harder-edged, MC side of Lady Royale came about later in life and perhaps as a result of the constant fights the darker color of her skin threw her into growing up. She had to be tough..........

Lady Royale's vocal stylings are a mixture of gospel greats like Mahalia Jackson and Shirley Caesar to whom she was always compared, and secular songstresses like Aretha Franklin and Mary J. Blige, whom she was not encouraged to listen to, but grew up studying and admiring. Her rap persona takes on the confidence and swagger of TI and the animation of Ludacris.

An introduction to J7 Records' in-house producer, Trax during her Senior year of High School saw the two bonding and then recording almost immediately and Lady Royale would more often tan not head straight to the studio from school. Whilst waiting for her turn on the label's release roster, Lady Royale went on tour, opening up for Lil Flip and Pastor Troy but was back in the studio the minute she returned.

The result is her debut album, TraxWorld: Volume 1 which features platinum MC Mike Jones, Houston street legend Lil Keke and of course her own emceeing skills as Miss Laweszeyana. The album is set to drop in late first quarter 08 on J7 Records.

The first single Do You Like ft. Lil Keke is the perfect, soulful showcase for how well Lady Royale has studied those female vocalists that paved the way before her, rounded out by that Houston street lyricism for which Lil Keke is known so well; the perfect blend of what the Gulf Coast region brings to the table. A download lik for the single has been provided below.

**Related Stories:**

- Radio Station KPTY Party 104.9 FM "Houston's Hip-Hop Station" Grand Opening (lil keke)
- Mike Jones - The American Hater Episode 3: Ballin At The Mall (Mike Jones)
- Mike Jones' "Dream" Deferred Again, Album Pushed Back To November (Mike Jones)
- Mike Jones - "Turning Headz" Audio (Mike Jones)
- Mike Jones' Manager Claims Police Brutality (Mike Jones)
- New MIKE JONES Video - "MY 64" featuring Snoop Dogg, Bun B Lil Easy & surprise guest (Mike Jones)
- Mike Jone's Album The American Dream Pushed Back (Mike Jones)
- Mike Jones Denies Sex Tape. "At No Time in My Life Has a Sex Tape Been Made On Me" (Mike Jones)

HipHop News » Lady Royale - 'Do You Like' ft Lil Keke Audio MP3 Download                                      Page 3 of 4



http://www.rapsearch.com/news/index.php?itemid=2209                                                           11/20/2007

HipHop News » Lady Royale - 'Do You Like' ft Lil Keke Audio MP3 Download    Page 4 of 4



Copyrights© 1999 - 2007 RapSearch.Com All rights reserved    Advertising | Privacy Policy | Webmaster Area | FAQ |