# Exhibit E





https://www.snocap.com/join/consumers/mystore_application.php

**SNOCAP** Powering your digital music world.

Email: [____]   Password: [____]   Sign In
Forgot your password? | Sign Up

Music Search | Learn More

## Card Details

Card Details | Confirmation

Please enter your credit card information below.

* Credit Card Type: [MasterCard ▼]
* Credit Card Number: [████████████] ❓
* Expiration Date: [▼] [▼]

* Name: Carole D. Schiller
* Street Address 1: 866 UN Plaza
  Street Address 2: [     ]
* City: New York
* State: New York
* Zip Code: 10017

[Continue]

VeriSign Secured — This site chose VeriSign SSL for secure e-commerce and confidential communications.
ABOUT SSL CERTIFICATES

About Us | Jobs | SNOCAP Labs | FAQ | Press | Contact Us | Terms & Agreements           © 2007 SNOCAP Inc. All Rights Reserved

3:56:01 PM 11/20/2007













