# Exhibit F
















View All of Lady Royale's Friends

**Lady Royale's Friends Comments**

Displaying 50 of 292 comments (

### Jan 21 2008 11:46 AM

Thanks For The Add!
DJ KS1
WXKB B103.9 FM

### Jan 8 2008 2:14 PM

Just posting sum luv...

VARIETY

### Jan 1 2008 5:04 PM

### Jan 8 2008 12:21 AM

### Jan 2 2008 11:09 AM

HAPPY NEW YEAR MY GIRL 08 OUR YEAR
WHEN WE GONE COLAB TOGETHER I FEEL YA
BIG

### Jan 2 2008 2:03 PM

HAPPY NEW YEAR!!
May it be filled with Peace & Blessing's!

ONE LOVE!!

### Jan 4 2008 7:03 AM

Yes you are BEAUTIFUL!!!!! Please keep in touch
with me and Please let me know if you can travel to
Virginia Beach, VA. I am a photographer in this area
and I think it would be great to do a photo shoot with
you at the beach and have the ocean in the
background. Please keep up the fantastic work with
your modeling and photos. I hope to meet you and
work together one day very soon. Thank You. Alex

### Jan 5 2008 3:09 PM













