# Exhibit G







**Demand Lady Royale in:**

**New York metro area** (change)
Students and alumni: **demand at your college**



Demanded by **1** person in
**New York metro area.**

About   Blog   FAQ   Advertise   Submit events   Jobs   Developer API   Privacy policy   Terms of service   Sitemap   Feedback
© Copyright 2004-2008 Eventful, Inc. All rights reserved. Patent pending.