# Exhibit H



### Product Details
**Original Release Date:** June 13, 2007
**Label:** Unified Product Distribution
**Copyright:** 2007 J7Records
**Song Length:** 4:21 minutes
**Genres:** R&B/General, R&B
**ASIN:** B000WKMN26
**Average Customer Review:** No customer reviews yet. Be the first.
**Amazon.com Sales Rank:** #333,461 in MP3 Songs (See Bestsellers in MP3 Songs)

### Rate This Item to Improve Your Recommendations

Sign in to rate this item

### Customer Reviews

There are no customer reviews yet. [Create your own review]

#### Video reviews



New feature! Amazon now allows customers to upload product video reviews. Use a webcam or video camera to record and upload reviews to Amazon.





**Treats for Easter**
Find baskets, chocolate bunnies, and other Easter goodies now at our Gourmet Food Store.
› Shop Gourmet Food



**Save with Instant Rebates in Grocery**
Save today with instant rebates on your favorite brands--Celestial Seasonings tea, Kashi cereal, Progresso, and more than 30 more. Offers valid through February 29.
› More Special Offers in Grocery



**Save $10 on Talking Watches**
Save $10 on select talking watches from Reizen. Watches announce time and date in a clear, male voice and adjust automatically for standard and daylight savings time.
› Learn more



**FREE Overnight Shipping From Endless.com**
Shop Endless.com Shoes & Handbags, and get FREE Overnight Shipping and FREE Return Shipping.
› Shop now



**Feedback**
- If you need help or have a question for Customer Service, contact us.
- Is there any other feedback you would like to provide? Click here

| Where's My Stuff? | Shipping & Returns | Need Help? |
|---|---|---|
| Track your recent orders. | See our shipping rates & policies. | Forgot your password? Click here. |
| View or change your orders in Your Account. | Return an item (here's our Returns Policy). | Redeem or buy a gift certificate/card. |
| | | Visit our Help department. |

Search Amazon.com  

**Your Recent History** (What's this?)

You have no recently viewed items.

After viewing product detail pages or search results, look here to find an easy way to navigate back to pages you are interested in.

Look to the right column to find helpful suggestions for your shopping session.

Continue shopping Unique bestsellers in the New York, Newark, Bridgeport area


Sports Illustrated, NY Giants Superbowl Commemorative, 20...
by Editors of Sports Illustrated Magazine


Guitar Hero III: Legends of Rock Bundle
by Activision


Michael Jackson 25th Anniversary of Thriller
~ Michael Jackson


Dirt Farmer ~ Levon Helm

**Recent Searches**
"lady royale" (All Products)

▸ View & edit Your Browsing History

---

amazon.com®    Amazon.com Home  |  Directory of All Stores
International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China
Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings
Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us
Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

12:20:46 PM 2/26/2008



## Product Details

**Original Release Date:** June 13, 2007
**Label:** Unified Product Distribution
**Copyright:** 2007 J7Records
**Genres:** R&B/General, R&B
**ASIN:** B000WKQ0UC
**Average Customer Review:** No customer reviews yet. Be the first.

## Rate This Item to Improve Your Recommendations

Sign in to rate this item

## Customer Reviews

There are no customer reviews yet. 

### Video reviews

 **New feature!** Amazon now allows customers to upload product video reviews. Use a webcam or video camera to record and upload reviews to Amazon.



## Look for Similar Items by Category

MP3 Albums > R&B > General
MP3 Downloads > $4.99 and Under

| Treats for Easter | Meet Pleo | Drop It Like It's Waterproof | February Is Heart Health Month |
|---|---|---|---|
|  Find baskets, chocolate bunnies, and other Easter goodies now at our Gourmet Food Store. > Shop Gourmet Food |  Pleo is a revolutionary robot dinosaur who acts independently and changes based on how you treat him. > Watch Pleo in action |  And shockproof, crushproof, and freezeproof. All that, in addition to 7-megapixel resolution and Bright Capture technology, makes the Olympus Stylus 770SW the perfect vacation companion. Plus, it's now available for only $289.94 from Amazon.com. |  Get a free set of practice pads (a $59 value) when you purchase the Philips HeartStart, the first defibrillator designed for at-home use. > Here's how |



**Feedback**
- If you need help or have a question for Customer Service, contact us.
- Is there any other feedback you would like to provide? Click here

| Where's My Stuff? | Shipping & Returns | Need Help? |
|---|---|---|
| Track your recent orders. | See our shipping rates & policies. | Forgot your password? Click here. |
| View or change your orders in Your Account. | Return an item (here's our Returns Policy). | Redeem or buy a gift certificate/card. |
| | | Visit our Help department. |

Search Amazon.com  

**Your Recent History** (What's this?)

**Recently Viewed Products**

 Do You Like by Lady Royale feat. Trax & Lil Keke

Continue shopping Unique bestsellers in the New York, Newark, Bridgeport area

   

Sports Illustrated, NY Giants Superbowl Commemorative, 20... by Editors of Sports Illustrated Magazine

Guitar Hero III: Legends of Rock Bundle by Activision

Michael Jackson 25th Anniversary of Thriller ~ Michael Jackson

Dirt Farmer ~ Levon Helm

**Recent Searches**
"lady royale" (All Products)

> View & edit Your Browsing History

**amazon.com** Amazon.com Home | Directory of All Stores
International Sites: Canada | United Kingdom | Germany | Japan | France | China
Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System | Advertise with Us
Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

12:21:33 PM 2/26/2008





### Get the Amazon MP3 Downloader

You have selected to purchase:
*Do You Like* by Lady Royale feat. Trax & Lil Keke
(Amazon MP3 Purchases are limited to U.S. Customers.)

Before downloading this song, we recommend installing the Amazon MP3 Downloader application. (learn more)

- It automatically adds your music downloads to iTunes or Windows Media Player
- It takes just a few clicks and less than 30 seconds to install

**Download Now** — Windows XP & Vista

☐ I agree to the terms of use | Download Mac OS X version

If you would rather not install the Amazon MP3 Downloader, you can purchase individual songs without it.
Skip installation and continue | Cancel purchase

If you have already installed the Amazon MP3 Downloader, click here to enable it for use with this browser.



12:23:12 PM 2/26/2008



## Complete your song download

You have chosen to download songs through your browser.
(To install the MP3 Downloader in the future, click on the "Install The MP3 Downloader" link in the Amazon MP3 navigation bar.)

On the next screen, you'll see this box:



Select **Save** to Disk and click **OK**.

Click the **Download Song** button below to download *Do You Like by Lady Royale feat. Trax & Lil Keke - $0.99*

[Download Song]

☐ I agree to the terms of use | Cancel purchase



12:25:07 PM 2/26/2008



12:26:58 PM 2/26/2008



## Details for Order #D01-3783708-8023032

Print this page for your records.

**Amazon.com order number:** D01-3783708-8023032
**Order Total:** $0.99

### Digital Order: Feb 26, 2008

| **Items Ordered** | **Price** |
|---|---|
| **Do You Like** [MP3 Download] <br> From the album Traxworld:Volume I <br> By: Lady Royale feat. Trax & Lil Keke <br> Sold By: Amazon Digital Services, Inc. | $0.99 |

Item(s) Subtotal: $0.99
----
Total Before Tax: $0.99
Sales tax: $0.00
----
**Total for this Order: $0.99**

### Payment Information

**Payment Method:**
MASTERCARD | Last 5 digits: 17525

**Billing Address:**
Philip Karnofsky
38 Puritan Lane
Farmingdale, New York 11735-1825
US

Item(s) Subtotal: $0.99
----
Total Before Tax: $0.99
Sales Tax: $0.00
----
**Grand Total: $0.99**

Return to the Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates