UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BMG MUSIC d/b/a JAY RECORDS,

    Plaintiff,

v.

J7 RECORDS, INC.,

    Defendant.

---

**MEMO ENDORSED**

Civil Action No. 07-cv-6076 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/08

### DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

---

**To:** David Donahue
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017

*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that, pursuant to this Court's individual rules, defendant, J7 Records, Inc., by and through its undersigned attorneys, Troutman Sanders, shall move before the Honorable Miriam Goldman Cedarbaum, U.S.D.J. at the United States District Court for the Southern District of New York, located at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on Thursday, November 8, 2007 at 9:30am, for the entry of an Order dismissing Plaintiff's Complaint for lack of personal jurisdiction, in accordance with Rule 12(b)(2) of the Federal Rules of Civil Procedure.

*[Handwritten memo endorsement:]* Pursuant to 28 USC §1404, in the interest of justice, this action is transferred to the United States District Court for the Middle District of Louisiana. The Clerk is directed to transfer all court papers to the Clerk of that Court. For oral opinion, see record of proceedings. So ordered. April 10, 2008.

United States District Judge